[No. 60897-5-I.   Division One.   November 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEKSANDR SLOBODA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08402-7, Michael Hayden, J., entered November 19, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60938-6-I.   Division One.   November 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN ALLEN SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 05-1-00845-7, Michael E. Rickert, J., entered October 31, 2007. *Reversed* by unpublished per curiam opinion.

[No. 60982-3-I.   Division One.   November 10, 2008.]

*In the Matter of the Marriage of* REBECCA F. BROWN, *Respondent*, and KEITH A. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-3-00150-3, James A. Doerty, J., entered November 20, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61012-1-I.   Division One.   November 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL D. PELLEGRINI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-02483-7, Michael T. Downes, J., entered December 7, 2007. *Affirmed* by unpublished per curiam opinion.